IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Chris A. McCray, | : | |
| Plaintiff | : | Civil Action 2:07-cv-850 |
| v. | : | Judge Frost |
| Michael J. Astrue, | : | Magistrate Judge Abel |
| Commissioner of Social Security, | | |
| Defendant | : | |

## ORDER

This matter is before the Court on Magistrate Judge Abel's June 20, 2008 Report and Recommendation (doc. 15) that this case be reversed and remanded to the Commissioner for further consideration in light of the ALJ's failure to consider all the medical evidence.  No objections to the Report and Recommendation have been filed.  The Court, having reviewed the record de novo, ADOPTS the Report and Recommendation and determines that this case must be remanded to the Commissioner.

This action is hereby REMANDED to the Commissioner of Social Security for further proceedings consistent with the June 20, 2008 Report and Recommendation.

  s/Gregory L. Frost
United States District Court Judge